UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIAM EARNEST SLEDGE, JR.,

    Defendant.

_____/

HONORABLE PAUL L. MALONEY

Case No. 1:04-cr-171

### ORDER GRANTING MOTION FOR ISSUANCE OF SUBPOENA AND PAYMENT OF WITNESS FEES

This matter is before the Court on Defendant William Earnest Sledge, Jr.'s Motion for Issuance of Subpoena and Payment of Witness Fees (Dkt. #59).

Rule 17(b) requires the Court to order the issuance of subpoenas for a named witness "if the defendant shows an inability to pay the witness's fees and the necessity of the witness's presence for an adequate defense." Fed. R. Crim. P. 17(b).

Defendant has made an adequate showing that his is financially unable to pay the fees for the witness and that the presence of the witness is necessary to an adequate defense. Accordingly,

**IT IS HEREBY ORDERED** that Defendant William Earnest Sledge, Jr.'s Motion for Issuance of Subpoena and Payment of Witness Fees (Dkt. #59) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall issue the subpoena for Kimberly Coleman submitted as an attachment to defendant's motion. The process costs and witness fees shall

be paid "in the same manner as those paid for witnesses the government subpoenas." Fed. R. Crim. P. 17(b).


Date: April 21, 2010                                      /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          Chief United States District Judge